UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOSEPH E. LOISEAU,

Petitioner,

v.                                                      CAUSE NO. 3:26-CV-60-CCB-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was partially granted, ordering respondents to release Joseph E. Loiseau on the same conditions of supervised release that existed before his re-detention. ECF 11. Respondents report that the petitioner has since been released. ECF 13. The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on April 1, 2026.

   /s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT